10-97-140-cr CPPM 305

MY ADDRESS:
11034 HWY 36
BRAZORIA, TEXAS 77422
06-24-16

TENTH COURT OF APPEALS
COURTHOUSE, 501 WASHINGTON AVE.
ROOM 415
WACO, TEXAS 76701

RECEIVED

JUN 29 2016

COURT OF APPEALS
WACO, TEXAS

DEAR CLERK:

I AM MICHAEL POUNCY # 0777904. I AM CURRENTLY INCARCERATED AT THE CLEMENS UNIT IN BRAZORIA, TEXAS. THE PURPOSE OF ME WRITING WRITING TO YOUR HONORABLE OFFICE IS TO REQUEST THE FOLLOWING: STATEMENT OF FACTS, CLIENT - ATTORNY WORK PRODUCT, CASE SUMMARY, COURT REPORTER RECORD, FORENSIC EVIDENCE AND THE FEE IF NECCESSARY. I HOPE THAT MY LETTER TO YOUR HONORABLE OFFICE IS DEEMED WORTHY OF RESPONSE. PLEASE FILE / DATE / TIMESTAMP / COPIES IF POSSIBLE. YOUR TIME AND CONSIDERATION IN THIS MATTER IS HIGHLY APPRECIATED.

MICHAEL POUNCY 777904
11034 HWY 36
CLEMENS UNIT
BRAZORIA, TEXAS 77422

MICHAEL POWELL #777904
11034 HWY 36
CLEMENS UNIT
BRAZORIA, TEXAS 77422

WORTH HOUSTON TX 77

27 JUN 2016 PM 8 L

TENTH COURT OF APPEALS
COURTHOUSE, 501 WASHINGTON AVE.
ROOM 415
WACO, TEXAS 76701

RECEIVED
JUN 29 2016
COURT OF APPEALS
WACO, TEXAS

76701-137915